**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES LAWSON,**

          **Plaintiff,**

**-vs-**                                          **Case No.  6:07-cv-2010-Orl-31KRS**

**LIGHTSHIP INTERNATIONAL,**
**INCORPORATED,**

          **Defendant.**

_____

# ORDER

This matter comes before the Court on the Joint Stipulation for Substitution filed by the Defendant, Lightship International Incorporated. (Doc. 23). According to the stipulation, the parties to this suit agree that the Plaintiff should have sued Lightship Group rather than Lightship International Incorporated, the entity it named in both its original (Doc. 2) and amended (Doc. 11) complaints. As this issue has arisen within the deadline for submission of an amended complaint, and as the parties agree on the proper resolution, the Court will dismiss Lightship International Incorporated and permit the Plaintiff to file an amended complaint naming the proper party.

In addition, the Court notes that Lightship International Incorporated had previously filed a Motion for Summary Judgment (Doc. 21) on the same basis – *i.e.*, that the Plaintiff had sued the wrong defendant. Obviously, the stipulated dismissal of Lightship International Incorporated from this suit moots its motion for summary judgment. However, Lightship International Incorporated also sought sanctions in the amount of its fees and costs on the grounds that it was forced to file

the motion for summary judgment despite having provided the plaintiff with notice that it was not the proper defendant.  This request for sanctions is not mooted by the dismissal.  However, though sympathetic to the Defendant's position,  the Court finds that the Defendant has not adequately supported it claim of entitlement to fees and costs, failing to even specify the statute, rule, or inherent power that provides the Court with the authority to make such an award.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Joint Stipulation for Substitution (Doc. 23) filed by the Defendant, Lightship International Incorporated, is **APPROVED**.  Defendant Lightship International Incorporated is **DISMISSED**, and the Plaintiff may file an amended complaint naming the proper defendant not more than 10 days from the entry of this order.  In addition, the Motion for Summary Judgment (Doc. 21) is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 27, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party